FILED
CLERK, U.S. DISTRICT COURT

MAR 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO NODA PULIDO,<br><br>    Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, Warden,<br><br>    Respondent. | NO. CV 08-688-CBM(CT)<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including but not limited to, the magistrate judge's report and recommendation. The court concurs with the magistrate judge's conclusion that the federal petition is time-barred. Accordingly, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 3/24/08

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE