FILED
CLERK, U.S. DISTRICT COURT
MAR 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO PULIDO NODA, | NO. CV 08-688-CBM(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES WALKER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 3/24/08

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE